UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION

CIVIL ACTION NO. 1:10-CV-00146-JHM

TIM PIERCE                                                                                              PLAINTIFF

V.

LARRY BENNETT, in his personal capacity
as Sheriff, Russell County, Kentucky                                                 DEFENDANT

## JUDGMENT

This matter having come before the Court on cross motions for summary judgment filed by Defendant Sheriff Larry Bennett and Plaintiff Tim Pierce, and the Court on this date having issued a Memorandum Opinion and Order granting Defendant's motion,

**IT IS HEREBY ORDERED** that judgment be entered in favor of the Defendant consistent with the Court's Memorandum Opinion and Order and the Plaintiff's Complaint be dismissed with prejudice.

cc: counsel of record